# United States District Court

## For the Western District of Pennsylvania

MARY ELLEN MAESTRA

———————————————

———————————————
                Plaintiff

VS.

OUR MOTHER OF SORROWS SCHOOL

———————————————

———————————————
                Defendant

:
:
:
:
:
:
:
:
:
:
:
:
:

No.  C.A. 08-268J

Hearing on   Mediation Conference

Date_____ June 9, 2009 1:00 p.m.

### BEFORE MAGISTRATE JUDGE KEITH A. PESTO

Michael J. Salmanson, Esq.
   Appear for Plaintiff

Stephen Dugas, Esq.
   Appear for Defendant

Hearing Begun 1:00 p.m.
Hearing Concluded C.A.V. 5:00 p.m.

Hearing Adjourned To_____
Stenographer_____

WITNESSES:

FOR PLAINTIFF

FOR DEFENDANT