IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY ELLEN MAESTRA,
        Plaintiff,
    v.
OUR MOTHER OF SORROWS SCHOOL,
        Defendant

Case No. 3:08-cv-268-KRG-KAP

### ORDER

After discussions yesterday, counsel have reported this matter resolved. Because the only action remaining to be undertaken in court would be the filing of a stipulation of dismissal, the Clerk can mark this matter closed for administrative purposes, without prejudice to any party filing any appropriate motion in the event further action is necessary. The Court retains jurisdiction to enforce any settlement agreement and any matters ancillary thereto.

DATE: June 10, 2009

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel of record by ECF